IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**

**VS.**                               **4:21-CR-00242-01-BRW**

**HENRY EPPERSON, JR.**

### ORDER

Defendant's Motion to Reduce Sentence and Appoint Counsel (Doc. No. 42) is DENIED. Applying retroactive Guidelines Amendment 821 does not change Defendant's criminal history category. His criminal history score goes from 11 to 10, but his criminal history category remains V, which means his applicable guideline range has not changed.[1]

IT IS SO ORDERED this 11th day of December, 2023.

                                                      Billy Roy Wilson
                                                     UNITED STATES DISTRICT JUDGE

---

[1] *See* U.S.S.G 1.10(a)(2) ("Exclusions.—A reduction in the defendant's term of imprisonment is not consistent with this policy statement and therefore is not authorized under 18 U.S.C. § 3582(c)(2) if— . . . an amendment listed in subsection (d) does not have the effect of lowering the defendant's applicable guideline range.").