# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                               4:21-CR-00242-01-BRW

HENRY EPPERSON, JR.

## ORDER

Defendant's Motion for Compassionate Release (Doc. No. 44) is DENIED.

On January 5, 2023, Defendant was sentenced to 54 months in prison after pleading guilty to being a felon in possession of a firearm.[1] He now seeks compassionate release based on *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*,[2] COVID-19, and his medical conditions.

First, "to the extent that the right recognized in *Bruen* is a previously unavailable, new rule of constitutional law, *Bruen* has not been made retroactive to cases on collateral review by the Supreme Court."[3] Additionally, *Bruen* was decided before Defendant was sentenced.

Second, neither COVID-19 nor Defendant's medical conditions establish "extraordinary and compelling" reasons to warrant a sentence reduction.

Finally, compassionate release is not warranted after consideration of the § 3553(a) factors – specifically the need for the sentence to reflect the severity of the offense and to protect the public from further crimes by Defendant.

IT IS SO ORDERED this 5th day of June, 2024.

                                                  Billy Roy Wilson
                                                  UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 35.

[2] 142 S. Ct. 2111 (2022).

[3] *In re Terry*, No. 22-13615-C, 2022 WL 20033240, at *2 (11th Cir. Nov. 14, 2022).